### UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

| | |
|---|---|
| **HICA EDUCATION LOAN CORPORATION**, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**TANYA W. GREENFIELD,** )<br>)<br>Defendant. ) | Case No. 8:14-cv-02828-PWG |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

HICA Education Loan Corporation ("Plaintiff"), pursuant to Rule 41 of the Federal Rules of Civil Procedure, files this Notice of Dismissal without Prejudice, and would show the following:

1. Plaintiff filed this case on September 5, 2014, seeking recovery of the amounts due and owing to it on account of a federally guaranteed student loan made pursuant to 42 U.S.C. §292/294 et seq. and the federal regulations set forth in 42 CFR Part 60 governing the administration of the Health Education Assistance Loan (HEAL) Program.  (ECF #1).

2. After conferring with Defendant, Tanya W. Greenfield ("Defendant"), and for reasons satisfactory to Plaintiff, the parties have agreed that this case should be dismissed without prejudice. Specifically, the undersigned has been informed of the following: PAYMENT IN FULL.

3. Accordingly, Plaintiff requests that this case be dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure, with each party bearing its own costs.

4. Plaintiff requests such other and further relief to which it may be entitled.

DATED this 16th day of December, 2014.

>Respectfully Submitted,
>
>WEINSTOCK, FRIEDMAN & FRIEDMAN, P.A.
>
>/s/   Jamie B. Glick
>Jamie B. Glick, Esq., Bar #19103
>4 Reservoir Circle
>Baltimore, MD 21208-7301
>(t)   410.559.9000
>(f)   410.559.9009
>(e)   Jamie@weinstocklegal.com
>Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served on the following on the 16th day of December, 2014, in accordance with the Federal Rules of Civil Procedure:

>Tanya W. Greenfield
>103 Whistling Wood Court
>Accokeek, MD 20607

>/s/  Jamie B. Glick
>Jamie B. Glick, Attorney for Plaintiff